# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ashiri Shari Stallings**                                    **Docket No. 2:18-CR-5-1BO**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ashiri Shari Stallings, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 29th day of August, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 28, 2018, an Indictment was filed in the Eastern District of North Carolina (EDNC) charging the defendant with Receiving Stolen Property of the United States and Aiding and Abetting, in violation of 18 U.S.C. §§ 641 and 2. On August 6, 2018, Stallings was arrested in the Middle District of Florida (MDFL) pursuant to the Indictment. On that same date, he appeared before the Honorable Philip R. Lammens, U.S. Magistrate Judge for the MDFL, and was released on a $25,000 unsecured bond with pretrial supervision. As a condition of supervision, the defendant was ordered to abide by a curfew of 7:00 p.m. to 7:00 a.m. with location monitoring (method unspecified). He was also ordered to reside with his grandmother while in the MDFL and with his mother when he returned to the EDNC. Stallings' curfew was ultimately monitored with GPS by the U.S. Probation Office in the MDFL.

On August 29, 2018, Stallings made an initial appearance in the EDNC before the Honorable Robert T. Numbers, U.S. Magistrate Judge. With the exception of establishing an alternate third-party custodian in North Carolina, the defendant was released under the conditions previously imposed in the MDFL. Specifically, the court reestablished Stallings' curfew of 7:00 p.m. to 7:00 a.m. and ordered that the curfew be monitored with GPS.

Inasmuch as a curfew has been established, it appears that monitoring of the curfew will be best served via radio frequency. As such, it is respectfully recommended that the defendant's pretrial conditions be modified accordingly.

**PRAYING THAT THE COURT WILL ORDER** that pretrial supervision be modified as follows:

1. The defendant must adhere to a curfew of 7:00 p.m. to 7:00 a.m., or as approved by the probation office or supervising officer. The defendant is restricted to his residence during the curfew hours. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Ashiri Shari Stallings**
**Docket No. 2:18-CR-5-1BO**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: August 31, 2018

## ORDER OF THE COURT

Considered and ordered on August 31, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge