# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ashiri Shari Stallings**  Docket No. 2:18-CR-5-1N

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Ashiri Shari Stallings, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 29th day of August, 2018.

On August 31, 2018, a Petition for Action was submitted to the court recommending that the defendant's curfew be monitored via radio frequency as opposed to the court's order of GPS monitoring. The court concurred with the probation officer's recommendation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of pretrial supervision, Stallings was ordered to participate in substance abuse treatment as directed by the probation officer. On October 3, 2018, the defendant underwent a comprehensive diagnostic assessment with PORT Health in Elizabeth City, North Carolina. As a result of the assessment, Stallings was diagnosed with major depressive disorder and recommended to undergo an additional assessment with the treatment facility's physician. Inasmuch as the defendant acknowledged that he would benefit from participating in mental health treatment and signed a Waiver agreeing to modify the conditions of release to include mental health treatment, it is respectfully recommended that the defendant's conditions be modified accordingly.

**PRAYING THAT THE COURT WILL ORDER** that pretrial supervision be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: October 5, 2018 |

## ORDER OF THE COURT

Considered and ordered on October 10, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge